[Criminal No. 724. Filed December 1, 1930.]

[292 Pac. 1117.]

CLAD REIDHEAD, Appellant, v. STATE, Respondent.

Mr. W. E. Ferguson and Mr. M. V. Gibbons, for Appellant.

Mr. K. Berry Peterson, Attorney General, for the State.

PER CURIAM.—Defendant was convicted of the offense of transporting intoxicating liquor, and has appealed to this court. No brief has been filed in support of the appeal. The information properly charges the offense, and the verdict of the jury found the defendant guilty thereof. The record shows the proceedings were in all respects regular, and no error of law is apparent.

The judgment is therefore affirmed.